UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
COMPLAINT FORM

FILED

2014 DEC 22  PM 1 34

U.S. DISTRICT COURT
NEW ___, CT.

William Brandon Shanley
Full name(s) of Plaintiff(s)
(Do not use et al.)

Case No. 3:14-cv- 1929 JAM

v.

(To be supplied by the Court)

Kevin P. O'Prey
Chairman and President
Obsidian Analysis

John Miller
Deputy Commissioner of Intelligence & Counter-terrorism, New York
City Police Department

Brian L. Roberts
Chairman and Chief Executive Officer
Comcast Corporation

Deborah Turness
President NBC News

Phil Griffin
President
MSNBC

Rupert Murdoch
Chairman and CEO
21st Century Fox

Rupert Murdoch
21st Century Fox
Chairman and CEO

Rupert Murdoch
Executive Chairman

1

News Corporation

Roger Ailes
President
Fox News Channel

Robert Iger
Chairman and CEO
The Walt Disney Company

Ann Sweeney
Disney-ABC Television Group

James Goldston
President ABC News

John Skipper
President
ESPN


Les Moonves
President and CEO
CBS Corp

Peter Dunn
President
CBS Television Stations

David Rhodes
President
CBS News

Jeff Fager
Executive Producer
60 Minutes

Sumner M. Redstone
Executive Chairman of the Board and Founder
Viacom

Doug Herzog
President
MTV Networks Group

Robert D. Marcus
Chairman & Chief Executive Officer
Time-Warner

Jeff Zucker
President
CNN

Anderson Cooper
TV Host
CNN

Jeffrey R. Immelt
General Electric Company

James C. Smith
President and Chief Executive Officer
Thomson Reuters

Nicholas Chiaia
President
United Press International, Inc.

Tony Hall, Baron Hall of Birkenhead
16th director general
British Broadcasting Corporation, Inc.

Michael Bloomberg
President and CEO
Bloomberg, LP

Paula A. Kerger
President & CEO
Public Broadcasting Service

Daniel L. Doctoroff
President & CEO
Bloomberg News

Banks Tarver
Executive Producer
Left/Right Docs

Frank Koughan
Producer
Left/Right Docs

Joe Beshenkovsky
Co-Producer and Editor
Left/Right Docs

John Marks
Writer
Left/Right Docs

Richard Graziano
Publisher
The Hartford Courant

Andrew Julien
Editor
The Hartford Courant


Full names of Defendant(s
(Do not use et al.)

A. PARTIES

1.  Plaintiff William Brandon Shanley is a citizen of Connecticut who presently resides at 43 Bank Street #8, New London 06320.

2. Defendant Kevin P. O'Prey is a citizen of the United States whose address is 1776 Eye St NW 4th Floor | Washington DC 2006

3. Defendant John Miller is a citizen of the United States whose address is  New York City Police Department 1 Police Plaza, New York, NY 10038


"A. PARTIES." Be sure to include each defendant's identity and complete address.)

See attached: "A: PARTIES."

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s)) 18 U.S. Code § 1038, 18 U.S. Code § 1028, 18 U.S. Code § 2339C, 18 U.S. Code § 2333

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

Defendants entered in a multi-year conspiracy, separately and together, to commit fraud and terrorism, i.e. to brainwash the public into thinking a lone gunman drill known as the Sandy Hook Massacre was real, when in fact, it was a staged FEMA National Level Exercise Event that redirected government resources to terrorize the public. These crimes were undertaken with the intent of subverting the US Constitution and to affect national, state and local laws.  This involved lying to the public, faking news, publishing one-sided news reports, censoring reality, suppressing facts, and deliberately skewing the news to shift public perceptions.  The true costs of this breach of integrity and trust to society are unfathomable. Instead of fulfilling their Constitutional Role as the People's Surrogates and honest brokers of information, the Plaintiff will show how the men and women who dominate the TV news industry in the United States, besmirched the First Amendment, their

5

Constitutional role as government watchdogs, and forfeited the right to report the news and profit from news production and distribution. The sine qua non of journalism is the search for truth. Punitive damages of one year's annual revenue from each Defendant are being sought to establish a News Trust, that will free journalism and restore trust in our communications sources. A democracy cannot survive this tyranny over human consciousness.

This is a ripe, justiciable controversy.

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.CAUSE OF ACTION.")

Claim I: That the  criminal conspiracy that published the fake photograph were among the perpetrators of an act of terrorism against me, the People of the United States and the World called "The Sandy Hook Massacre." Punitive damages $500 billion dollars.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Exhibit A: Connecticut Department of Emergency Services and Public Protection website announcement for CT-FEMA volunteers to assemble in Bridgeport on 12-14-2012 for a mass casualty exercise involving children.

Exhibit B: FEMA Site Activation Call-down Drill Exercise Plan. The drill plan.

Exhibit C: Obsidian Analytics, Inc., producer of the drill.

6

Exhibit D - Sandy Hook Mass Evacuation video. Dash Cam from 3 cameras on 3 CT State Police cars at Sandy Hook School on 12-14-2012, evidence of no emergency and the lunacy of this criminal conspiracy to terrorize humankind.

Claim II:

That said Defendants have been actively involved in a cover-up of said crimes against me, the People of the United States and the World the criminal conspiracy that continues to this date. Punitive damages $500 billion dollars.

Supporting Facts:

The Defendants continue to perpetrate their hoax even after the Plaintiff has notified the President of the United States and copied many of the Defendants.

Current exhibits will be forthcoming and can be witnessed by the Court on any given day.

## E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?
_ XXYes  No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")
a. Parties to previous lawsuit:
Plaintiff(s): William Shanley
Defendant(s: Smith, et al.
b. Name and location of court and docket number: 14CV1881
c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed?
Is it still pending?) YES.
d. Issues raised: Fraud and Terrorism
e. Approximate date of filing lawsuit: December 17, 2014
f. Approximate date of disposition: N/A

7

ars that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

_____
_____
_____
_____
_____

F. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: a trial
G. JURY DEMAND
Do you wish to have a jury trial? Yes **No**

_____   _____
Plaintiff's Original Signature

_____
Printed Name Printed Name
William Brandon Shanley
WBS 2012 @ zoho.com
43 Bank Street #8
New London, CT 06320

DECLARATION UNDER PENALTY OF PERJURY
The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information
contained in the complaint is true and correct. Executed at
_____New Have_____ on ____12-22-14____.
(location) (date)
_____
Plaintiff's Original Signature

(Rev.9/22/09)

8

*Exhibit A*

Division of Emergency Management and Homeland Security

10/6/14, 9:40 AM

 State of Connecticut

 Governor Dannel P. Malloy

Search

# DEPARTMENT OF EMERGENCY SERVICES & PUBLIC PROTECTION
## EMERGENCY MANAGEMENT & HOMELAND SECURITY

Home       About Us       Programs & Services       Contact Us



Dora B. Schriro
*Commissioner*

**State Response Framework**

**Homeland Security**

**Emergency Management**

**Operations, Training and Exercise**

**All Hazards Planning**

**Strategic Planning and Community Preparedness**

**Hurricane Season Info**

**Disaster Recovery**

**Hazard Mitigation**

**Field Support Coordination**

**Public Information**

**Legal**

**Citizens Corps Advisory Council/CERT/MRC**





Dec 14, 2012
FEMA L-366 Planning for the Needs of Children in Disasters

The goal of the course is to enable participants to improve their community's mitigation and emergency operations plan specifically regarding the needs of children. The course will provide them with the information needed to address the unique needs of children prior to, during and following disasters. It will also provide them guidance and direction on how to form coalitions and how to become advocates for the unique needs of children in all aspects of emergency management.

After completing this course, participants will be able to:
• Articulate the importance of providing for the needs of children in disasters in your community's current emergency management plan.

• Explain what is required to keep children safe in emergencies and why those needs are unique.

• Explain the assumptions, concept of operations, organization and assignment of responsibilities that address the unique needs of children prior to, during and following disasters.

• Explain the planning components necessary to address the unique needs of children prior to, during and following disasters
• Incorporate the unique needs of children in disasters into Emergency Operations Plans

• Identify stakeholders and organizations that can assist in preparing for the needs of children in disasters.

• Initiate steps to form coalitions and build teams that have a stake in keeping children safe in disasters

The target audience for this course is local and state emergency managers and planners, Child Services Agencies, NGO's, Child Care Providers, Schools, and Faith-based Organizations.

1. As of October 1, 2012 anyone applying for FEMA courses must obtain a FEMA Student Identification (SID) number. For more information and to obtain a SID go to:  https://cdp.dhs.gov/femasid/

You will need this number to complete the course application form (119-25-1) that will be filled out at the beginning of the class.  FEMA certificates will be mailed to participants after completion of this course.

2.Class size is limited to 30.   Please sign up as soon as possible to guarantee a spot in the class of your choice.

3. There are no prerequisites for this class.

4. There is no cost for the class and lunch is on your own.

Please watch this short video on how to setup an account.
http://www.ct.gov/demhs/lib/demhs/training/reg/registration.html

**Location: 2800 Main Street, Bridgeport, CT**
This event is 46 miles from you (06106).

**9 AM - 4 PM**
**Contact: Christopher Ackley**
**Email:** christopher.ackley@ct.gov
**Phone: (203)-696-2640**



*Exhibit B*

FOR OFFICIAL USE ONLY

**Federal Emergency Management Agency**

| Exercise Plan | Emergency Response For |
|---|---|
| Mass Casualty Drill | Mass Casualties Involving Children |

# Federal Emergency Management Agency



# Site Activation Call-down Drill Exercise Plan

[MASS CASUALTY DRILL]

**Exercise Date: 12/14/12**          **Publishing Date: 10/08/12**

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

Federal Emergency Management Agency

| Exercise Plan | Emergency Response For |
|---|---|
| Mass Casualty Drill | Mass Casualties Involving Children |

FINAL

INTENTIONALLY LEFT BLANK

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

**Federal Emergency Management Agency**

| | |
|---|---|
| **Exercise Plan** | **Emergency Response For** |
| **Mass Casualty Drill** | **Mass Casualties Involving Children** |

# PREFACE

National Preparedness is sponsored by FEMA and the Department of Homeland Security. This Exercise Plan was produced with input, advice, and assistance from the National Incident Management System (NIMS) exercise planning team, which followed the guidance set forth in the Federal Emergency Management Agency (FEMA), Homeland Security Exercise and Evaluation Program (HSEEP).

The Plan gives officials, observers, media personnel, and players from participating organizations the information necessary to observe or participate in an all hazards preparedness exercise focusing on participants' emergency response plans, policies, and procedures as they pertain to specific scenarios. The information in this document is current as of the date of publication, 10/08/2012, and is subject to change as dictated by the National Incident Management System exercise planning team.

The Preparation for Mass Casualty is a _classified exercise_. The control of information is based more on public sensitivity regarding the nature of the exercise than on the actual exercise content. Some exercise material is intended for the exclusive use of exercise planners, controllers, and evaluators, but players may view other materials deemed necessary to their performance. The Exercise may be viewed by all exercise participants, _but the Controller and Evaluator (C/E) Handbook is a restricted document intended for controllers and evaluators only_.

All exercise participants should use appropriate guidelines to ensure the proper control of information within their areas of expertise and to protect this material in accordance with current jurisdictional directives. Public release of exercise materials to third parties is at the discretion of The Federal Emergency Management Agency and the Preparation for Mass Casualty exercise planning team.

FOR OFFICIAL USE ONLY

**Federal Emergency Management Agency**

Exercise Plan                                    Emergency Response For
Mass Casualty Drill                      Mass Casualties Involving Children

This page is intentionally left blank.

FOR OFFICIAL USE ONLY

**Federal Emergency Management Agency**

| Exercise Plan | Emergency Response For |
|---|---|
| Mass Casualty Drill | Mass Casualties Involving Children |

# HANDLING INSTRUCTIONS

1. The title of this document is *Mass Casualty Drill Involving Children Exercise Plan (ExPlan)*.

2. The information gathered in this ExPlan is *For Official Use Only (FOUO)* and should be handled as sensitive information not to be disclosed. This document should be safeguarded, handled, transmitted, and stored in accordance with appropriate security directives. Reproduction of this document, in whole or in part, without prior approval from The Department of Homeland Security is prohibited.

3. At a minimum, the attached materials will be disseminated only on a need-to-know basis and when unattended, will be stored in a locked container or area offering sufficient protection against theft, compromise, inadvertent access, and unauthorized disclosure.

4. For more information, please consult the following points of contact (POCs):

   Agency POC:

   Tom Romano
   Federal Emergency Management Agency
   860-256-0844 (office)
   thomas.romano@ct.gove

   Exercise Director:

   Not Available

**Federal Emergency Management Agency**

| Exercise Plan | Emergency Response For |
|---|---|
| Mass Casualty Drill | Mass Casualties Involving Children |

This page is intentionally left blank.