UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM BRANDON SHANLEY,
    Plaintiff,

v.

KEVIN O'PREY, et al.,
    Defendants.

No. 3:14-cv-01929 (JAM)

**ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

Plaintiff William Brandon Shanley has filed this action *in forma pauperis* alleging that defendants—mostly leaders of major news and media companies—have "entered in a multi-year conspiracy, separately and together, to . . . brainwash the public into thinking a lone gunman drill known as the Sandy Hook Massacre was real, when in fact, it was a staged FEMA National Level Exercise Event that redirected government resources to terrorize the public." Doc. #1 at 5. Plaintiff previously filed another action in this Court alleging very similar claims against various media entities. *See Shanley v. Smith et al.*, 3:14-cv-01881-JAM. I concluded that plaintiff's claims in the earlier case were "frivolous and furnish[ed] no plausible or conceivable grounds for relief," and I dismissed that case pursuant to 28 U.S.C. § 1915(e)(2)(B). *Shanley v. Smith et al.*, 3:14-cv-01881, ECF No. #8 at 3 (D. Conn. Jan. 16, 2015). Plaintiff's complaint in this case must be dismissed for all the reasons set forth in the order of dismissal from the prior case. Plaintiff lacks standing to pursue his claims, and his claims are frivolous and implausible.

This action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff's motion to proceed *in forma pauperis* (Doc. #2) and motion to participate in electronic filing (Doc. #4) are DENIED as moot in light of the dismissal of this action. The Clerk of Court is directed to close this case.

It is so ordered.

Dated at Bridgeport this 20th day of February 2015.

                                                /s/ Jeffrey Alker Meyer
                                                Jeffrey Alker Meyer
                                                United States District Judge